# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40366

United States Court of Appeals
Fifth Circuit

**FILED**

November 3, 2014

Lyle W. Cayce
Clerk

DWIGHT HARRISON,

Plaintiff−Appellant,

versus

BERT BELL/PETE ROZELLE NFL RETIREMENT PLAN,

Defendant−Appellee.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:13-CV-74

Before REAVLEY, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

In this ERISA case, a former NFL player, Dwight Harrison, sues to challenge the plan administrator's denial of certain retirement benefits. The

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40366

district court granted summary judgment in favor of the administrator, holding that the claim was barred by collateral estoppel and that, in the alternative, the administrator did not abuse its discretion, under ERISA, in denying benefits.  The court also denied a request to grant relief under Federal Rule of Civil Procedure 60(b) regarding a previous suit by Harrison.

We have reviewed the briefs, the applicable law, and pertinent portions of the record and have heard the helpful arguments of counsel.  There is no reversible error, so the judgment is AFFIRMED, essentially for the reasons convincingly stated by the district court in its impressive twenty-five-page opinion.